No. 1205. Spivak et al. *v.* United States. C. A. 2d Cir. Certiorari denied. *Myron L. Shapiro* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Crombie J. D. Garrett* for the United States. ▮.

No. 1207. Lawrence *v.* United States. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. ▮.

No. 1212. Symonette Shipyards, Ltd. *v.* Clark et al. C. A. 5th Cir. Certiorari denied. *W. F. Parker* for petitioner. *Arthur Roth, Charlotte J. Roth* and *Joseph S. Marcus* for respondents. ▮.

No. 1112. Foster *v.* Lykes Bros. Steamship Co., Inc. C. A. 5th Cir. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted. *Charles R. Maloney* for petitioner. *William E. Wright* for respondent. ▮.

No. 1062. Schmitz et al. *v.* Societe International Pour Participations Industrielles et Commerciales, S. A., et al. C. A. D. C. Cir. Certiorari denied. Mr. Justice Clark and Mr. Justice Fortas took no part in the consideration or decision of this petition. *Daniel W. O'Donoghue* and *Ross O'Donoghue* for petitioners. *John J. Wilson* and *Frank H. Strickler* for Societe Internationale Pour Participations Industrielles et Commerciales, S. A., and *Solicitor General Marshall, Assistant Attorney General Sanders, Morton Hollander* and *Richard S. Salzman* for the Secretary of the Treasury, respondents.